Jonathan P. Vuotto, Esq., Id. No. 021372004
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
(973) 538-6308
Attorneys for Defendant New Age Medical Clinic P.A.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEEBA ABEDI, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW AGE MEDICAL CLINIC PA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 18-cv-14680-KM-SCM<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff, Deeba Abedi, and Defendant, New Age Medical Clinic P.A. ("New Age") that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

Dated: June 2, 2019

DeNITTIS OSEFCHEN PRINCE, P.C.
Attorneys for Plaintiff, Deeba Abedi

By: _____
Ross H. Schmierer
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951

McANDREW VUOTTO, LLC
Attorneys for Defendant New Age Medical Clinic P.A.

By: _____
Jonathan P. Vuotto
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
(973) 538-6308

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 7/8/19